UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HELIS OIL & GAS COMPANY, L.L.C., AND ESTATE OF WILLIAM G. HELIS | * * * | CIVIL ACTION NO.  09-07504 |
| | * | SECTION "J"   MAG. 3 |
| versus | * * | JUDGE CARL J. BARBIER |
| MARQUETTE TRANSPORTATION COMPANY OFFSHORE, LLC, ET AL. | * * * | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the motion of plaintiffs, plaintiffs, Helis Oil & Gas Company, L.L.C., and Estate of William G. Helis, to dismiss all claims with prejudice;

IT IS ORDERED that all claims of plaintiffs, Helis Oil & Gas Company, L.L.C., and Estate of William G. Helis, be, and they are hereby, dismissed, with prejudice, each party to bear its own respective costs.

New Orleans, Louisiana, this  25th  day of         April        , 2011.

_____
United States District Judge